TCL
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

DERRICK JOHN THOMPSON

**FILED UNDER SEAL**

Case No. 23-mj-507 ECW

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### Count 1

On or about June 16, 2023, in Hennepin County, in the State and District of Minnesota, defendant did unlawfully, knowingly, and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"); all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### Count 2

On or about June 16, 2023, in Hennepin County, in the State and District of Minnesota, defendant, having previously been convicted of at least one crime punishable by a term of imprisonment exceeding one year, and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Glock model 27 .40 caliber semiautomatic pistol bearing serial number BWKA073; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### Count 3

On or about June 16, 2023, in Hennepin County, in the State and District of Minnesota, defendant did knowingly carry a firearm, that is, a Glock model 27 .40 caliber semiautomatic pistol bearing serial number BWKA073, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, as charged in Count 1 of this Complaint; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

I further state that I am a Task Force Officer of the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

_____
*Complainant's signature*

David Ligneel
FBI Task Force Officer
*Printed name and title*

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime, Zoom,
and email pursuant to Fed. R. Crim. P. 41(d)(3)

Date: _____June 21, 2023_____

City and State: St. Paul, MN

_____
*Judge's Signature*

Elizabeth Cowan Wright
United States Magistrate Judge
*Printed Name and Title*