UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-mj-507 (ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DERRICK JOHN THOMPSON, )<br>)<br>Defendant. ) | **UNDER SEAL**<br><br>**MOTION TO UNSEAL** |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Thomas Calhoun-Lopez, Assistant United States Attorney, hereby moves the Court for an order to unseal the Complaint in the above-referenced matter.

This motion is based upon the records and proceedings in this matter.

Dated: June 22, 2023

Respectfully Submitted,

ANDREW M. LUGER
United States Attorney


*s/ Thomas Calhoun-Lopez*
BY: THOMAS CALHOUN-LOPEZ
Assistant U.S. Attorney
Attorney ID No. 480908DC